**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| LISA E. HILL-GREEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:18-cv-00873 |
| | : | |
| CITIMORTGAGE, INC., | : | |

**NOTICE OF FILING OF JOINT STATEMENT**

Plaintiff, Lisa E. Hill-Green, and Defendant, CitiMortgage, Inc. ("CMI") (together, the "Parties"), pursuant to this Court's Initial Pretrial Order (Dkt. No. 26), submit this Notice of Filing of Joint Statement regarding Plaintiff's outstanding discovery disputes arising from CMI's discovery responses to Plaintiff's first set of interrogatories and requests for production of documents.

The Parties' discovery charts outlining the current discovery disputes are attached as Exhibit 1. In addition, Plaintiff's counsel and Defendant's counsel certify that they have met and conferred in a good-faith attempt to resolve the discovery issues outlined in the discovery chart.

These efforts included several phone calls among counsel. On April 2, 2019, Plaintiff's counsel, Kristi Kelly and Andrew Guzzo, spoke with CMI's attorney, Adam Shaw, regarding discovery. Ms. Kelly and Casey Nash spoke with Mr. Shaw again on April 9, 2019 and conferred regarding CMI's objections to Plaintiffs' discovery requests. On May 2, 2019, Ms. Kelly, Mr. Guzzo, Leonard Bennet, and Elizabeth Hanes met and conferred with Mr. Shaw regarding the Parties' discovery charts. The Parties had a final call on May 17, 2019. In addition to these calls, counsel also communicated by e-mail in attempting to narrow and resolve the disputes, including on May 8, 2019, May 10, 2019, and May 15, 2019.

Respectfully submitted,
**LISA E. HILL-GREEN**

By: ___*/s/ Kristi C. Kelly*___
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiff*

**CITIMORTGAGE, INC.**

/s/ *Adam L. Shaw*
By: Adam L. Shaw, Esq., VSB #89559
adam.shaw@bclplaw.com
Alec W. Farr (admitted *pro hac vice*)
awfarr@bclplaw.com
**Bryan Cave Leighton Paisner LLP**
1155 F Street NW, Suite 700
Washington, DC 20004
(202) 508-6000
(202) 508-6200 Facsimile
*Counsel for Defendant CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of May, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                                                    */s/ Kristi C. Kelly*
Kristi Cahoon Kelly (VSB# 72791)
KELLY GUZZO, PLC
3925 Chain Bridge Rd, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
*Counsel for Plaintiff*